**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| **DARRELL DORSEY** | : | |
| **Debtor** | : | **Bk. No. 10-10806 MDC** |
| | : | |
| **THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-14** | : | **Chapter No. 13** |
| **Movant** | : | |
| **v.** | : | |
| | : | **11 U.S.C. §362** |
| **DARRELL DORSEY** | : | |
| **Respondent** | : | |

**OBJECTION OF THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-14 TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

Movant, **THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-14** (hereinafter referred to as "Movant"), by its attorneys Phelan Hallinan & Schmieg, LLP hereby objects to confirmation of the Debtor's Chapter 13 Plan as follows:

1. Movant is **THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-14**.

2. Debtor is DARRELL DORSEY.

3. Movant filed a Proof of Claim in the amount of $24,716.46 for pre-petition arrears. A copy of the Proof of Claim is attached hereto as Exhibit "A" and made a part hereof.

4. Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

5. Debtor's Plan currently fails to treat Movant as a secured creditor. A copy of Debtor's Plan is attached hereto as Exhibit "B" and made a part hereof.

6. Movant objects to the feasibility of the Chapter 13 Plan under 11 U.S.C. §1325(a)(6). The Plan proposed by the Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. §1307. A copy of Debtor's Plan is attached hereto as Exhibit "B" and made a part hereof.

WHEREFORE, **THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC. ASSET-BACKED CERTIFICATES, SERIES 2006-14** respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Respectfully submitted,

/s/ Andrew L. Spivack, ESQUIRE
PHELAN HALLINAN & SCHMIEG, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000

Dated: April 28, 2010