IN THE UNITED STATED BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DARELL DORSEY CHAPTER 13

DEBTOR No. 10-10806

**PRAECIPE TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY**

TO THE CLERK:

Kindly voluntarily dismiss Debtor, Darrell Dorsey's Chapter 13 Bankruptcy in the above captioned matter.

THOMAS F. GRADY, P.C.

DATE: June 2, 2010

BY: ______________________

THOMAS F. GRADY, ESQUIRE
2033 WALNUT STREET
PHILADELPHIA, PA 19103
(215) 977-7400
ATTORNEY FOR DEBTOR

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DARRELL DORSEY | CHAPTER 13

DEBTOR | No. 10-10806

**ORDER**

AND NOW, this day of , 2010, upon consideration of the Praecipe to Voluntary Dismiss Chapter 13 Bankruptcy of Darrell Dorsey, it is hereby ORDERED and DECREED that the bankruptcy is DISMISSED.

______________________________ J.

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DARRELL DORSEY CHAPTER 13

DEBTOR No. 10-10806

## CERTIFICATE OF SERVICE

I, Thomas F. Grady, Esquire, counsel for Darrell Dorsey, hereby certifies that a true and correct copy of the foregoing Voluntary Dismissal of Chapter 13 Bankruptcy was sent on the date set forth below by Electronic Mail and First Class Mail, Postage Prepaid to the following:

WILLIAM C. MILLER, TRUSTEE
PO BOX 40119
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

LIST OF CREDITORS

DATE: June 2, 2010

BY: ______________________
THOMAS F. GRADY, ESQUIRE
2033 WALNUT STREET
PHILADELPHIA, PA 19103
(215) 977-7400
ATTORNEY FOR DEBTOR